[No. 66431-0-I. Division One. January 30, 2012.]

MARK KELLY, *Individually and as Guardian*, ET AL., *Appellants*, v. JANICE L. RICKEY ET AL., *Respondents*.

. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Ellington, JJ.

[No. 66862-5-I. Division One. January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KURT CHARLES BOERNER, *Appellant*.

 *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.

[No. 67014-0-I. Division One. January 30, 2012.]

*In the Matter of the Welfare of* K.R.B.-P.

ROBERT TRUESDELL, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

 *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.

[No. 67057-3-I. Division One. January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. FEISAL MOHAMED OMAR, *Appellant*.

 *Reversed* and *remanded* by unpublished per curiam opinion.